**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

HECTOR HERNANDEZ,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 8:17-cv-02285-TDC

WHOLESALE SCREENING SOLUTIONS, INC.

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby DISMISSES the above-styled action <u>with</u> prejudice against Defendant Wholesale Screening Solutions, Inc., who have yet to file an answer or a motion for summary judgment.

        Respectfully Submitted,
        **HECTOR HERNANDEZ**


        /s/ *Kristi C. Kelly*
        Kristi Cahoon Kelly, (No. 07244)
        KELLY & CRANDALL, PLC
        3925 Chain Bridge Road, Suite 202
        Fairfax, Virginia 22030
        Telephone: 703-424-7570
        Facsimile 703-591-0167
        kkelly@kellyandcrandall.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to the following:

  /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, (No. 07244)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: 703-424-7570
Facsimile 703-591-0167
kkelly@kellyandcrandall.com
*Counsel for Plaintiff*